**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-2130**

———————————

JOHN PAUL TURNER,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (MISC-99-57)

———————————

Submitted: November 18, 1999      Decided: November 23, 1999

———————————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

John Paul Turner, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's order finding that he failed to comply with a prefiling injunction and denying his motion to proceed in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See <u>Turner v. United States</u>, No. MISC-99-57 (W.D. Va. Aug. 13, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>